# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 11, 2014

*Before*

**Diane P. Wood,** *Chief Judge*
**William J. Bauer,** *Circuit Judge*
**Frank H. Easterbrook,** *Circuit Judge*



CERTIFIED COPY

| | |
|---|---|
| JAN DONNAWELL, Individually, on Behalf of All others similarly situated and derivatively on behalf of nominal defendant Devry Inc.,<br>        Plaintiff-Appellant,<br><br>No. 13-3519                v.<br><br>DANIEL HAMBURGER, et al.,<br>        Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:12-cv-09074<br>]<br>] George M. Marovich, Judge.<br>]<br>] |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58.  See Cleaver v. Elias, 852 F.2d 266 (7th Cir. 1988).

The district court has not entered a Rule 58 judgment in the present case, and for good reason.  Plaintiff's case is not at an end.  Plaintiff filed an amended complaint on August 22, 2013, and defendants filed a motion to dismiss it.  The motion remains pending.  As such, this appeal is premature.