**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Jan Donnawell )
   Plaintiff(s) ) Case No. 12 C 9074
)
v. )
)
**Daniel Hamburger, et al.** )
   Defendant(s)

# JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: The Court denies Pfeiffer's motion to intervene. The Court grants defendants' motion to dismiss and dismisses plaintiff's case with prejudice. The Court grants defendants Keevan and Shapiro's motion to withdraw and denies as moot their motion to dismiss. Case closed. .

This action was *(check one)*:

☐     tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐     tried by Judge        without a jury and the above decision was reached.
☒     decided by Judge George M. Marovich on motions to dismiss.


Date:    12/22/2014                           Thomas G. Bruton, Clerk of Court

                                                    Carol Wing,, Deputy Clerk