```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

     JAN DONNAWELL, et al.,        )  No.  12 C 9074
                                   )
                    Plaintiffs,    )  Chicago, Illinois
                                   )  April 7, 2014
                                   )  11:10 o'clock a.m.
     -vs-                          )
                                   )
     DANIEL HAMBURGER, et al.,     )
                                   )
                    Defendants.    )


             TRANSCRIPT OF PROCEEDINGS - STATUS
          BEFORE THE HONORABLE GEORGE M. MAROVICH

     APPEARANCES:

     For the Plaintiffs:      KESSLER TOPAZ MELTZER CHECK LLP
                              280 King of Prussia Road
                              Radnor, Pennsylvania 19087
                              BY:  MR. JAMES H. MILLER
                                      and
                              LASKY & RIFKIND
                              351 West Hubbard Street
                              Suite 401
                              Chicago, Illinois 60654
                              BY:  MR. NORMAN RIFKIND


     For the Defendants:      RATHJE & WOODWARD, LLC
                              300 East Roosevelt Road
                              Suite 300
                              Chicago, Illinois 60187
                              BY:  MR. TIMOTHY D. ELLIOTT




     Court Reporter:          ROSEMARY SCARPELLI
                              219 South Dearborn Street
                              Room 2304A
                              Chicago, Illinois  60604
                              (312) 435-5815
```

1    THE CLERK: 12 C 9074, Donnawell versus Hamburger,
2  and 14 C 1981, Donnawell versus Hamburger.
3    MR. RIFKIND: Good morning, your Honor, Norman
4  Rivkind, local counsel for the plaintiffs.
5    MR. MILLER: Good morning, your Honor, James
6  Miller, counsel for plaintiff.
7    MR. ELLIOTT: Good morning, your Honor, Tim
8  Elliott, counsel for defendants.
9    THE COURT: I hope that you are not offended by my
10  analogy, but it seems to me that as far as the progress that
11  is being made here, you remind me of a hamster in the wheel.
12  I mean you are making a lot of motion, but you are not going
13  anywhere. And I think that it is time to stop all of the
14  nonsense and get this down to a level that I can deal with
15  it.
16    To recap here, there was a suit filed here in which
17  I had ruled that three of these claims were moot and two of
18  them didn't state a claim. And then I allowed you, because
19  it was without prejudice, to file an amended complaint,
20  which you did. And then another motion to dismiss was filed.
21  And while that motion to dismiss was pending you just
22  couldn't hold your britches on, but you had to file a motion
23  to amend. Why you did that instead of waiting for me to rule
24  on the motion to dismiss, which probably again would have
25  been without prejudiced, I will be damned if I know.

1            But, in any event, you go ahead and you appeal my
2   motion not to allow the amendment, which assuming that you
3   knew something about the Rules of Civil Procedure here, you
4   should have known that it was an unappealable order.  And it
5   took the 7th Circuit to tell you that.
6            And then after that appeal was dismissed you filed
7   a second case here.  And I don't know whether you are aware
8   of that or not, but it comes back to me as being related.  I
9   really don't know if this was really a cutesy way of getting
10  around my ruling, but I will give you the benefit of the
11  doubt and assume that it wasn't.  But in any event it leaves
12  me with yet another case.
13           Now, I have ruled and as of this morning once again
14  I am dismissing that original complaint without prejudice.
15  And it is now up to you to decide what it is that you are
16  going to do, taking into account the fact that it has been
17  ruled by me that some of these counts are already moot.  And
18  I understand that there being a companion case in DuPage,
19  somebody else up there also told you the same thing.
20           Now, it is up to you to decide what you want to do.
21  And I will allow you, if you wish, to file yet another
22  complaint on the original one that was filed here.  And it
23  was my suggestion, and you can take it or leave it, that you
24  incorporate everything that you have in this second suit that
25  I told you to just hold your jets on while I rule on this

1  motion to dismiss, and incorporate the two things together
2  and get it into a position where I can rule on it.  With one
3  proviso, if you do that and there is another motion to
4  dismiss -- and I don't know whether it is or not -- I doubt
5  very seriously that I will dismiss it without prejudice and
6  you will have this appealable order that you thought you had
7  before.
8            Now, what do you want to do here?
9            MR. MILLER:  Your Honor, James Miller for the
10 plaintiff.  We would have to consult with our client, but I
11 think our intention would be to amend our complaint and
12 incorporate the claims that are asserted in the new case into
13 the existing case and proceed forward with an amended
14 complaint, as your Honor suggested.
15           THE COURT:  You can pass along to your client that
16 there is a judge sitting here in Chicago that is telling you
17 Philadelphia lawyers that I think that would be a wise
18 decision.
19           MR. RIFKIND:   Thank you, your Honor.
20           THE COURT:  And I will give you up until the 5th of
21 May to do whatever it is that you are doing with this matter.
22 And I will give the -- if there is an amended complaint
23 filed, I will give 30 days to the other side to either file
24 another motion to dismiss or to answer.
25           Are we clear on what we are doing here finally?

```
 1            MR. MILLER:  Yes, your Honor.
 2            MR. ELLIOTT:  I think so, your Honor.
 3            THE COURT:  All right.  Good enough.
 4            And quit screwing around, will you.
 5            Call the next case.
 6        (Which were all the proceedings heard.)
 7                         CERTIFICATE
 8      I certify that the foregoing is a correct transcript
 9   from the record of proceedings in the above-entitled matter.
10
11   s/Rosemary Scarpelli/        Date:  February 6, 2015
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```